IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02303-BNB

MR. RALPH MERCADO,

    Plaintiff,

v.

MR. R. WILEY,
MR. R. WOOD,
MR. M. BARBEE,
MR. R. BAUER,
MR. CHUCK TURNER,
MR. MARK MASER,
MR. JOHN DOE #1,
MR. J. WADAS,
MS. H. TRAPP,
MR. R. CURRIN,
MR. RALPH SMITH,
MR. HARRELL WATTS, and
JOHN OR JANE DOE #2,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 8 2007

GREGORY C. LANGHAM
CLERK

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion for reconsideration of the December 11, 2006, minute order requiring him to submit the designated $80.00 initial partial filing fee calculated on the basis of the certified account statement Plaintiff submitted to the Court on November 9, 2006, or to order to show cause as directed in November 16, 2006, order to show cause is DENIED.  Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to submit the designated $80.00 initial partial filing fee or to order to show cause as directed in November 16 order.  Failure to do so within the time allowed will result in the dismissal of this action.

Dated:  January 8, 2007

Copies of this Minute Order mailed on January 8, 2007, to the following:

Ralph Mercado
Reg. No. 08245-021
ADX – Florence
PO Box 8500
Florence, CO 81226

_Andrea_
Secretary/Deputy Clerk