IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02303-ZLW

MR. RALPH MERCADO,

    Plaintiff,

v.

MR. R. WILEY,
MR. R. WOOD,
MR. M. BARBEE,
MR. R. BAUER,
MR. CHUCK TURNER,
MR. MARK MASER,
MR. JOHN DOE #1,
MR. J. WADAS,
MS. H. TRAPP,
MR. R. CURRIN,
MR. RALPH SMITH,
MR. HARRELL WATTS, and
JOHN OR JANE DOE #2,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 14 2007

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's motion, submitted to and filed with the Court on September 12, 2007, to have the Court or the United States Marshal serve Defendants is DENIED as premature.

Dated: September 14, 2007

Copies of this Minute Order mailed on September 14, 2007, to the following:

Ralph Mercado
Reg. No. 08245-021
ADX – Florence
PO Box 8500
Florence, CO 81226

Secretary/Deputy Clerk