IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02303-BNB

MR. RALPH MERCADO,

    Plaintiff,

v.

MR. R. WILEY,
MR. R. WOOD,
MR. M. BARBEE,
MR. R. BAUER,
MR. CHUCK TURNER,
MR. MARK MASER,
MR. JOHN DOE #1,
MR. J. WADAS,
MS. H. TRAPP,
MR. R. CURRIN,
MR. RALPH SMITH,
MR. HARRELL WATTS, and
JOHN OR JANE DOE #2,

    Defendants.

```
                    FILED
         UNITED STATES DISTRICT COURT
              DENVER, COLORADO

              NOV 07 2007

         GREGORY C. LANGHAM
                          CLERK
```

## ORDER REINSTATING CASE

This civil action is reinstated pursuant to the mandate that the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) issued on October 9, 2007. The Tenth Circuit reversed and remanded the case to this Court for further proceedings, noting that the initial partial filing fee that Plaintiff, Ralph Mercado, should have been assessed is $13.33, not $80.00. Therefore, the November 16, 2006, order granting Mr. Mercado leave to proceed pursuant to 28 U.S.C. § 1915 will be corrected to require an initial partial filing fee of $13.33.

Mr. Mercado will be allowed thirty (30) days from the date of this order in which to pay the $13.33 initial partial filing fee or to show cause as directed in the November 16, 2006, order why he has no assets and no means by which to pay the designated initial partial filing fee. Failure to do so within the time allowed will result in the dismissal of the instant action. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit issued on October 9, 2007. It is

FURTHER ORDERED that the November 16, 2006, order granting Mr. Mercado leave to proceed pursuant to 28 U.S.C. § 1915 is corrected to require an initial partial filing fee of $13.33. It is

FURTHER ORDERED that Mr. Mercado is allowed **thirty (30) days from the date of this order** in which to pay the $13.33 initial partial filing fee or to show cause as directed in the November 16, 2006, order why he has no assets and no means by which to pay the designated initial partial filing fee. Failure to do so within the time allowed will result in the dismissal of the instant action.

DATED at Denver, Colorado, this 7 day of Nov., 2007.

BY THE COURT:

/s/ Zita W. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02303-BNB

Ralph Mercado
Reg. No. 08745-021
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/07/07

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk