IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02303-BNB

MR. RALPH MERCADO,

Plaintiff,

v.

MR. R. WILEY,
MR. R. WOOD,
MR. M. BARBEE,
MR. R. BAUER,
MR. CHUCK TURNER,
MR. MARK MASER,
MR. JOHN DOE #1,
MR. J. WADAS,
MS. H. TRAPP,
MR. R. CURRIN,
MR. RALPH SMITH,
MR. HARRELL WATTS, and
JOHN OR JANE DOE #2,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 5 2007

GREGORY C. LANGHAM
CLERK

## ORDER TO SHOW CAUSE

On November 7, 2007, the Court entered an order reinstating this civil action pursuant to the mandate that the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) issued on October 9, 2007. The Tenth Circuit reversed and remanded the case to this Court for further proceedings, noting that the initial partial filing fee that Plaintiff, Ralph Mercado, should have been assessed is $13.33, not $80.00.

The November 7, 2007, reinstatement order corrected the November 16, 2006, order granting Mr. Mercado leave to proceed pursuant to 28 U.S.C. § 1915 to require

an initial partial filing fee of $13.33, and allowed Mr. Mercado thirty days in which to pay the $13.33 initial partial filing fee or to show cause as directed in the November 16 order why he had no assets and no means by which to pay the designated initial partial filing fee.

On November 30, 2007, Mr. Mercado submitted a response to the November 7, 2007, order in which he contends that he has no funds in which to pay the initial partial filing fee of $13.33. Mr. Mercado attaches to the response a copy of his trust fund account statement dated November 15, 2007, showing that he has an available balance of zero. However, on December 3, 2007, Mr. Mercado tendered a money order to this Court in the amount of $14.00 as a partial payment on the filing fee for his appeal. Therefore, Mr. Mercado has failed to show cause within the thirty-day time allowed why he has no assets and no means by which to pay the designated $13.33 initial partial filing fee. Mr. Mercado will be directed either to pay the $13.33 initial partial filing fee or to submit a new and up-to-date certified account statement showing that he has no assets and no means by which to pay the designated initial partial filing fee. Failure to do so within the time allowed will result in the dismissal of the instant action. Accordingly, it is

ORDERED that Plaintiff shall have **thirty (30) days from the date of this order** in which to pay the $13.33 initial partial filing fee or to submit a new and up-to-date certified account statement showing that he has no assets and no means by which to pay the designated initial partial filing fee. It is

FURTHER ORDERED that if Plaintiff fails either to pay the $13.33 initial partial

filing fee or to show cause as directed in this order, the action will be dismissed without further notice.

DATED December 5, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02303-BNB

Ralph Mercado
Reg. No. 08745-021
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/5/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk