IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02303-WYD-MJW

RALPH MERCADO,

    Plaintiff,

v.

R. WILEY,
R. HOOD,
M. BARBEE,
R. BAUER,
CHUCK TURNER,
MARK MASER,
JOHN DOE #1,
J. WADAS,
H. TRAPP,
R. CURRIN,
RALPH SMITH,
HARRELL WATTS,
JOHN OR JANE DOE #2,
UNKNOWN CRAWFORD,
UNKNOWN HAVERY, and
JOHN DOE#3,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 1 2008

GREGORY C. LANGHAM
                CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: February 11, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02303-WYD-MJW

Ralph Mercado
Reg. No. 08745-021
ADX - Florence
PO Box 8500
Florence, CO 81226

R. Wiley, R. Hood, M. Barbee, R. Bauer,
Chuck Turner, Mark Maser, J. Wadas,
H. Trapp, R. Currin, Ralph Smith,
Harrell Watts, Unknown C/O Crawford,
and Unknown C/O Havery, – **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

Harrell Watts, Central Office Administrator - **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

 I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on R. Wiley, R. Hood, M. Barbee, R. Bauer, Chuck Turner, Mark Maser, J. Wadas, H. Trapp, R. Currin, Ralph Smith, Harrell Watts, Unknown C/O Crawford, and Unknown C/O Havery; to The United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 09/12/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/11/08 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk