IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02303-WYD-MJW

MR. RALPH MERCADO,

Plaintiff,

v.

MR. R. WILEY, ET AL.,

Defendants.

MINUTE ORDER

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's handwritten document captioned "Motion" (docket no. 55) is DENIED. All mail from the court, including but not limited to orders from this court and all mail from defendants shall be subject to the rules and regulations of the Federal Bureau of Prisons. The Pro Se Incarcerated Plaintiff has failed to demonstrate that he has not received correspondence from this court or from the defendants.

It is FURTHER ORDERED that the defendants shall have up to and including May 27, 2008, to file any response to the Pro Se Incarcerated Plaintiff's handwritten document captioned "Motion Motion"[sic](docket no. 67).

It is FURTHER ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

TO THE CASE MANAGER OF:

Ralph Mercado
#08745-021
ADX - Florence
PO Box 8500
Florence, CO 81226

Date: May 7, 2008