IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02303-WYD-MJW

MR. RALPH MERCADO,

Plaintiff,

v.

MR. R. WILEY, ET AL.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's "Motion Motion" (Docket No. 67) in which he seeks an order that he be required to submit only the originals of his submissions to the court and that the defendants obtain their copy from the court is denied. It is the plaintiff's responsibility to ensure service of a copy of his filings on the defendants. If plaintiff cannot obtain photocopies of his originals, he can make a hand-written copy to mail to defense counsel and any pro se defendants.

     It is further ORDERED that the plaintiff's Motion for Clarification, which was submitted with his "Motion Motion" (Docket No. 67), is granted to the following extent. The Clerk of the Court shall send the plaintiff a copy of the public docket sheet in this action so that the plaintiff can ascertain the status of service on the defendants. In addition, according to Certificate of Service (CM/ECF) which accompanied the Defendants' Motion for Extension of Time to Answer or Respond (Docket No. 61), a copy of that motion was mailed to the plaintiff on April 15, 2008. Furthermore, the court's Minute Order of May 7, 2008 (Docket No. 69), merely added to the service list the plaintiff's case manager at the facility at which plaintiff is housed, which is currently ADX - Florence.

Date: May 28, 2008