IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02303-WYD-MJW

MR. RALPH MERCADO,

Plaintiff,

v.

MR. R. WILEY, ET AL.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion Terminating Case Manager from Plaintiff's Civil Action (Docket No. 74) in which plaintiff seeks to have his case manager removed as an interested party for service of filings by this court in this matter and to direct both the Clerk and defendants to mail all pleadings directly to plaintiff is **denied**. It is unnecessary for this court to order the Clerk of Court and/or defense counsel to mail copies of all filings to the plaintiff because plaintiff is already being mailed such copies.

Date: June 13, 2008