IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02303-WYD-MJW

MR. RALPH MERCADO,

Plaintiff,

v.

MR. R. WOOD, et al..,

Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's handwritten motion captioned: Scheduling Order Objection (docket no. 120) is GRANTED.  The Rule 16 Scheduling Order dated April 8, 2009, *nunc pro tunc* to April 3, 2009 (docket no. 119) is amended in Section 4 - Computation of Damages to include that "Plaintiff Seeks Punitive Damages in the Amount of $40,000 from each Defendant."

Date:  April 21, 2009