IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02303-WYD-MJW

MR. RALPH MERCADO,

Plaintiff,

v.

MR. R. WOOD, et al.,

Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for an Order to Compel the Production of Documents Request Dated April 3, 2009 (docket no. **129**) is MOOT and therefore DENIED.  In the subject motion, the Pro Se Incarcerated Plaintiff seeks the addresses for Defendants Hood and Trapp in order to effect personal service.  Both these Defendants have accepted service so there is no longer a need for such addresses.

Date:   July 06, 2009