IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02303-WYD-MJW

RALPH MERCADO,

    Plaintiff,

v.

R. WILEY, et al.,

    Defendants.

---

MINUTE ORDER (Docket No. 148)

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

    Defendants' Motion (Doc. 148) for an Order Permitting the Deposition of Inmate Ralph Mercado filed July 1, 2009, is **granted**. The Defendants' counsel shall be permitted to depose Plaintiff at the United States Penitentiary, Administrative Maximum, on July 21, 2009, under appropriate security arrangements as determined by the Bureau of Prisons.

Dated this 6TH day of July, 2009

                                              MICHAEL J. WATANABE
                                              U.S. MAGISTRATE JUDGE
                                              DISTRICT OF COLORADO