IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02303-WYD-MJW

MR. RALPH MERCADO,

Plaintiff,

v.

MR. R. WOOD, et al.,

Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Order (docket no. **139**) is DENIED.  This case has been reduced in scope based upon Chief Judge Daniel's Order Adopting and Affirming Magistrate Judge's Recommendation (docket no. 103). Plaintiff's claims involve alleged exposure to noxious fumes and contaminated food.  During the Rule 16 Scheduling Conference, this court obtained input from the parties before setting deadlines and limitations on discovery.  The limitations on discovery as outlined in the Rule 16 Scheduling Order under paragraph 8 h. (3) are sufficient for both sides to complete discovery and to be prepared for trial.  The Pro Se Incarcerated Plaintiff has failed to demonstrate a need for any additional interrogatories, requests for production of documents or requests for admissions.  *See* Rule 16 Scheduling Order (docket no. 119) and record made in open court on April 3, 2009 (docket no. 118).

Date:   July 06, 2009