IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02303-WYD-MJW

MR. RALPH MERCADO,

Plaintiff,

v.

MR. R. WILEY, ET AL.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Order to Compel the Defendants to Produce the Documents Requested (docket no. 141) is DENIED for the following reasons.  As to the Pro Se Incarcerated Plaintiff's First Request for Production of Documents ("RFP") #1, the Defendants have provided to the Pro Se Incarcerated Plaintiff, the Defendant H. Trapp's work address where this Defendant can be served.  As to the Second RFP #1, #4, #5, #8, #13, and #14, such documents are protected by the Law Enforcement Privilege.  As to the Second RFP #3 and #10, these RFPs are overbroad, vague, and unduly burdensome and, therefore, Defendants are not required to further respond to these RFPs.  As to the Second RFP #2, #6, #7,  #9, #11, #15, #16, and #17, Defendants have fully responded to these RFPs and no further responses are required.  As to Second RFP #12, such request is vague and could jeopardize the safety and orderly running of the ADX prison and, therefore, no further response is required by Defendants.  *See* United States v. Jones, 254 Fed. Appx., 711, 720 (10th Cir. 2007).

Date:   July 13, 2009