IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02303-WYD-MJW

RALPH MERCADO,

    Plaintiff,

v.

R. HOOD,
M. BARBEE,
MARK MASER,
JOHN DOE #1,
J. WADAS,
H. TRAPP,
R. CURRIN,
RALPH SMITH,
JOHN OR JANE DOE # 2,
UNKNOWN CRAWFORD,
UNKNOWN HAVERY,
JOHN DOE # 3,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANT R. HOOD

THIS MATTER is before the Court on Plaintiff's Motion to Remove R. Hood as a Defendant in this Civil Action (filed August 17, 2009).  The motion seeks to dismiss Defendant R. Hood on the grounds that the requirements of the Court in its Recommendation on Defendant's motion to dismiss cannot be established.  I conclude from my review of the file that the motion should be granted.  Accordingly, it is

ORDERED that Plaintiff's Motion to Remove R. Hood as a Defendant in this Civil Action is **GRANTED**.  Defendant R. Hood is **DISMISSED** from this action and shall hereafter be taken off the caption.

Dated: August 19, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge