IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02303-WYD-MJW

MR. RALPH MERCADO,

Plaintiff,

v.

MR. R. WILEY, ET AL.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

Given the liberal treatment that must be afforded pro se filings and upon review of the Plaintiff's Motion for Summary Judgment and Statement of Undisputed Facts (Docket Nos. 161 and 162), it is hereby

ORDERED that the Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment (Docket No. 169) is DENIED.  Defendants shall file a response to the Plaintiff's Motion for Summary Judgment (Docket No. 161) on or before October 14, 2009.

Date:   September 16, 2009