# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  06-cv-02303-WYD-MJW | FTR - Courtroom A-502 |
| **Date:** December 8, 2009 | Courtroom Deputy, Kathleen Finney |
| MR. RALPH MERCADO, | Pro Se (telephone) |
| Plaintiff(s), | |
| v. | |
| MR. M. BARBEE, ET AL, | Mark S. Pestal |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in session: 9:03 a.m.**
Court calls case.  Appearances of counsel.

**It is ORDERED:**     Plaintiff's Motion for Order for Alternative Dispute Resolution [Doc. No. 198, filed 12/3/2009]  is **GRANTED.**

A  **SETTLEMENT CONFERENCE** set for **MARCH 15, 2010 at 10:00 a.m.**
in  Courtroom A-502,  Fifth  Floor,  Alfred A. Arraj United States Courthouse, 901  19th Street, Denver,  Colorado 80294.
Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe*(not the trial judge)*  via e-mail, as a PDF attachment, at  Watanabe_Chambers@cod.uscourts.gov  **on or before March 10, 2010.**
**In the subject line** of the e-mail, counsel shall list the case number, short caption, date of the conference, and "confidential settlement statement."

Plaintiff shall appear by telephone.  Representatives for the deceased Defendant shall appear by telephone.

**It is ORDERED:**     The proposed FINAL  PRETRIAL ORDER which was tendered to the court,  and modified from the bench,  is  made an order of court.

Hearing concluded.
**Court in recess: 9:22 a.m.**
Total in-court time: 00:19

To order a transcript of this proceedings, contact  Avery Woods  Reporting Service.
 (303) 825-6119      Toll Free  1-800-962-3345.    FAX (303) 893-8305       www.AveryWoods.net