IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02303-WYD-MJW

MR. RALPH MERCADO,

Plaintiff,

v.

M. BARBEE, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the *ex parte* letter motion to attend the March 15 settlement conference by telephone (Docket No. 223), which was filed by facsimile by Amy Keirn, who claims to be plaintiff's mother, is **denied**. Ms. Keirn is not a party to this action, nor is she counsel of record, and the settlement conference is not a public hearing.

Date: March 8, 2010