IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02303-WYD-MJW

MR. RALPH MERCADO,

Plaintiff,

v.

M. BARBEE, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Defendants' Motion to Vacate Settlement Conference, DN 227, filed with the court on March 10, 2010, is GRANTED. The Settlement Conference set on March 15, 2010, at 10:00 a.m. is VACATED.

Date: March 11, 2010