IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| Civil Action No. 06-cv-02303-WYD-MJW | FTR - Courtroom A-502 |
| Date: August 18, 2010 | Courtroom Deputy, Ellen E. Miller |
| RALPH MERCADO, <br> # 08745-021 <br>     Plaintiff(s), | Pro Se   (by telephone) |
| v. | |
| J. WADAS, <br> H. TRAPP, <br> R. CURRIN, <br> RALPH SMITH, <br> TIFFANCY CRAWFORD, and <br> LLOYD HARVEY, <br>     Defendant(s). | Mark S. Pestal |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   SETTLEMENT PLACED ON RECORD**
**Court in session:**   2:59 p.m.
Court calls case.  Appearances of *Pro Se* Plaintiff, by telephone, and defense counsel, in court. Also present is defendant representative Clay Cook.

The Settlement Agreement is reviewed and placed on the record.  The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and all participants indicate in the affirmative.

**It is ORDERED:**   The Settlement Agreement is approved.

**It is ORDERED:**   A Stipulated Motion to Dismiss shall be submitted to the Court **on or before SEPTEMBER 03, 2010.**   Defendant shall prepare the stipulated motion to dismiss.

**It is ORDERED:**   All further hearings and settings before Magistrate Judge Watanabe are VACATED.

**It is ORDERED:**   Defendant Seon-Spada's MOTION TO FILE SECOND MOTION FOR SUMMARY JUDGMENT [Docket No. **250,** Filed July 01, 2010] is DENIED AS MOOT.

**It is ORDERED:**   Defendant Seon-Spada's SECOND MOTION FOR SUMMARY JUDGMENT [Docket No. **251,** Filed July 01, 2010] is DENIED AS MOOT.

*06-cv-02303-WYD-MJW*
*Settlement Placed on Record*
*August 18, 2010*

**It is ORDERED:**     Plaintiff's MOTION TO NAME DEFENDANT R. CURRIN EXECUTOR A SUBSTITUTE FOR R. CURRIN [Docket No. **257,** Filed July 20, 2010] is DENIED AS MOOT.

Hearing concluded.

**Court in recess:**   3:08   p.m.
Total In-Court Time: 00:09

The Court spent a total of 4 hours and 39 minutes  preparing for and conducting this settlement conference and   placing the settlement agreement on the record.