IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02303-WYD-MJW

MR. RALPH MERCADO,

Plaintiff,

v.

MR. J. WADAS,
MS. H. TRAPP,
MR. R. CURRIN,
MR. RALPH SMITH,
MS. TIFFANY CRAWFORD, and
MR. LLOYD HARVEY,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to Obtain the Communications Between Plaintiff and Magistrate Judge Within His Chambers on April 18, 2010 (Docket No. 280) is **DENIED.** This court did not have communications with plaintiff on April 18, 2010. If plaintiff means the settlement conference conducted on August 18, 2010, the communications between plaintiff and Magistrate Judge Watanabe within chambers (Magistrate Judge Watanabe was in chambers, and plaintiff was on the telephone) were confidential and not recorded, just like all other discussions Magistrate Judge Watanabe has with counsel and parties during settlement conferences. Therefore, there is no record to provide to the plaintiff.

Date: September 29, 2010