IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02303-WYD-MJW

MR. RALPH MERCADO,

Plaintiff,

v.

MR.  J. WADAS,
MS. H. TRAPP,
MR. R. CURRIN,
MR. RALPH SMITH,
MS. TIFFANY CRAWFORD, and
MR. LLOYD HARVEY,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Motion to Adopt Plaintiff's Proposed Settlement Release Language (docket no. 286) is DENIED.  All terms and conditions of the settlement in this case were placed on the record before Magistrate Judge Watanabe on August 18, 2010.  See docket no. 267 (courtroom minutes/minute order for settlement hearing held on August 18, 2010) and docket no. 286-1 (transcript of settlement hearing held on August 18, 2010).  This court approved the settlement as placed on the record on August 18, 2010.  The subject motion attempts to change and/or modify the terms and conditions of such settlement agreement.  Accordingly, this court finds **no basis** in law or fact to grant such relief.  The parties shall fully comply with the settlement agreement that was placed on the record on August 18, 2010.

Date:   November 5, 2010