IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02303-WYD-MJW

RALPH MERCADO,

    Plaintiff,

v.

JO WADAS,
H. TRAPP,
RALPH SMITH,
TIFFANY CRAWFORD,
LLOYD HARVEY,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice filed November 17, 2010 (ECF No. 293). After a careful review of the Stipulation and file, it is

ORDERED that the Stipulation of Dismissal **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear his or her own attorney fees and costs.

Dated:  November 18, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge